UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

In re  Damion M. Dickens
      Sherry L. dickens

Debtor(s)

Case No.  16-32577

Chapter  7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:* __Changing value/exemptions__ *]*
    *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]**
___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
**X** Schedule A/B - Property
**X** Schedule C - The Property You Claim as Exempt
___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
    ( *$30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*)  **Check applicable statement(s):**
        ___ Creditor(s) added    ___ Creditor(s) deleted
        ___ Change in amounts owed or classification of debt
        ___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
        ___ Post-petition creditors added (Schedule of Unpaid Debts)
    **REMINDER:  Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Your Codebtors
___ Schedule I – Your Income
___ Schedule J – Your Expenses

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]

___ Statement of Financial Affairs

___ Statement of Intention for Individuals Filing Under Chapter 7

___ Chapter 11 List of Equity Security Holders

___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___ Attorney's Disclosure of Compensation

___ Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: __Damion & Sherry Dickens, 11444 Cedar Run Rd, Prince George, VA 23805__

Date: __July 21, 2016__

        Robert B. Hill
        Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
        State Bar No.:  18751
        Mailing Address:  2425 Boulevard, Suite 9, Colonial Heights, VA 23834

[amendcs ver. 12/15]        Telephone No.:    804-526-8300

Fill in this information to identify your case and this filing:

Debtor 1: Damion M. Dickens
(First Name) (Middle Name) (Last Name)

Debtor 2: Sherry L. Dickens
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 16-32577

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. 11444 Cedar Run Rd
   Street address, if available, or other description

   Petersburg    VA    23805
   City    State    ZIP Code

   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property?    Current value of the portion you own?
   $ 135,000.00    $ 15,758.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Joint Tenants

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. _____
   Street address, if available, or other description

   _____
   City    State    ZIP Code

   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property?    Current value of the portion you own?
   $ _____    $ _____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   ☐ Check if this is community property (see instructions)

Debtor 1    Damion M. Dickens             Case number (if known) 16-32577
        First Name    Middle Name    Last Name

1.3. _____
      Street address, if available, or other description

_____

_____
City           State     ZIP Code

_____
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$_____     $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................→    $ **15,758.00**

---

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1. Make: Toyota
     Model: Corolla
     Year: 2014
     Approximate mileage: 30000
     Other information:
     ┌─────────────────────────────┐
     │ KBB 9991.00- 359.00 monthly │
     │ payment                     │
     └─────────────────────────────┘

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?     Current value of the portion you own?
$ **9,991.00**     $_____

If you own or have more than one, describe here:

3.2. Make: Chevy
     Model: Suburban
     Year: 2005
     Approximate mileage: _____
     Other information:
     ┌─────────────────────────────┐
     │ KBB 9927.00                 │
     └─────────────────────────────┘

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?     Current value of the portion you own?
$ **9,927.00**     $ **9,927.00**

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................➔ | $ 9,927.00

Debtor 1  Damion M. Dickens
   First Name  Middle Name  Last Name

Case number (if known) 16-32577

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Loveseat/Kitchen/Dining room/2 Beds/4 Dressers, 3 TV/China cabnet, Kinck Knack, Books/ Picture, W/d, Vacuum,    $ 350.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Computer, Pay Station, 2 DVD    $ 200.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........    $

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........    $

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........    $

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Clothing and Shoes    $ 300.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.......... Costume /Wedding Ring Band    $ 100.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.......... Dog and 3 Cats and Fish    $ 75.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ............    $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................................→    $ 1,025.00

Official Form 106A/B    Schedule A/B: Property    page 4

Debtor 1  Damion M. Dickens
      First Name    Middle Name    Last Name

Case number (if known) 16-32577

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes............................................................................................................................ Cash: .................. $_____

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Virginia Credit Union (w) | $ 1,123.60 |
| 17.2. Checking account: | Virginia Credit Union (h) | $ 2.63 |
| 17.3. Savings account: | Peoples Advantage (j) | $ 5.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Peoples Advantage (h) | $ 25.00 |
| 17.7. Other financial account: | Peoples Advantage (w) | $ 25.00 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes................

Institution or issuer name:
_____ $_____
_____ $_____
_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them..................

Name of entity:
_____
_____
_____

% of ownership:
0% ___%  $_____
0% ___%  $_____
0% ___%  $_____

Debtor 1  Damion M. Dickens
         First Name   Middle Name   Last Name

Case number (if known) 16-32577

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them........

Issuer name:

_____ $_____
_____ $_____
_____ $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account:    Institution name:

401(k) or similar plan: _____ $_____
Pension plan: _____ $_____
IRA: _____ $_____
Retirement account: _____ $_____
Keogh: _____ $_____
Additional account: _____ $_____
Additional account: _____ $_____

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..........

Institution name or individual:

Electric: _____ $_____
Gas: _____ $_____
Heating oil: _____ $_____
Security deposit on rental unit: _____ $_____
Prepaid rent: _____ $_____
Telephone: _____ $_____
Water: _____ $_____
Rented furniture: _____ $_____
Other: _____ $_____

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........

Issuer name and description:

_____ $_____
_____ $_____
_____ $_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes ................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$ _____
$ _____
$ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them....
$ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them....
$ _____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them....
$ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......

2015 Federal/State- Received and spent prior to filing case

Federal: $ _____
State: $ _____
Local: $ _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information............

Alimony: $ _____
Maintenance: $ _____
Support: $ _____
Divorce settlement: $ _____
Property settlement: $ _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information............
$ _____

Debtor 1  Damion M. Dickens
First Name   Middle Name   Last Name

Case number (if known) 16-32577

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information............. $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim. ................... $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim. ................... $_____

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information............ $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................. → $ **1,181.23**

---

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe....... $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe....... $_____

---

Debtor 1   Damion M. Dickens    Case number (if known) 16-32577
           First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe....... $_____

41. **Inventory**
    ☑ No
    ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes. Describe....... Name of entity:                                    % of ownership:
                           _____  ____%  $_____
                           _____  ____%  $_____
                           _____  ____%  $_____

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe....... $_____

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information.........
        $_____
        $_____
        $_____
        $_____
        $_____
        $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................................................................→ $      0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes.......... $_____

Debtor 1  Damion M. Dickens                     Case number (if known) 16-32577
         First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information. .......... $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes ................... $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes ................... $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information. .......... $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................ → $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ..........
    $_____
    $_____
    $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ................ → $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................. → $ 15,758.00

56. Part 2: Total vehicles, line 5                                    $ 9,927.00

57. Part 3: Total personal and household items, line 15              $ 1,025.00

58. Part 4: Total financial assets, line 36                          $ 1,181.23

59. Part 5: Total business-related property, line 45                 $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52        $ 0.00

61. Part 7: Total other property not listed, line 54               + $ 0.00

62. Total personal property. Add lines 56 through 61. ............    $ 12,133.23   Copy personal property total → + $ 12,133.23

63. Total of all property on Schedule A/B. Add line 55 + line 62 ........................................................... $ 27,891.23

Official Form 106A/B                Schedule A/B: Property                 page 10

**Fill in this information to identify your case:**

Debtor 1: Damion M. Dickens
First Name    Middle Name    Last Name

Debtor 2: Sherry L. Dickens
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 16-32577
(If known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 11444 Cedar Run R<br>Line from *Schedule A/B*: 1 | $15,758.00 | ☑ $ 8,818.77<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-4 |
| Brief description: 2014 Toyota Corolla<br>Line from *Schedule A/B*: 3 | $9,991.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 2005 Chevy Surb<br>Line from *Schedule A/B*: 3 | $9,927.00 | ☑ $ 9,927.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(8) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of __

Debtor 1 ___Damion___ ___M.___ ___Dickens_____ Case number *(if known)* __16-32577_____
         First Name    Middle Name    Last Name

# Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Good<br>Line from Schedule A/B: 6 | $350.00 | ☑ $ 350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(4a) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(4a) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(4) |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(1a) |
| Brief description: Animals<br>Line from Schedule A/B: 13 | $75.00 | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-26(5) |
| Brief description: Deposit of Money<br>Line from Schedule A/B: 17 | $1,126.23 | ☑ $ 1,126.23<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-4 |
| Brief description: Deposit of Money<br>Line from Schedule A/B: 17 | $55.00 | ☑ $ 55.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 34-4 |
| Brief description: 2015 Fed/State Tax<br>Line from Schedule A/B: 28 | $3,816.00 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Received/spent prior to debtor filing Chapter 7 case |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Damion | M. | Dickens |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sherry | L. | Dickens |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number  16-32577
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Damion M. Dickens                          X /s/ Sherry L. Dickens
Signature of Debtor 1                             Signature of Debtor 2

Date  07/21/2016                                  Date  07/21/2016
      MM / DD / YYYY                                    MM / DD / YYYY

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules